# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: | **CHAPTER 7 CASE** |
| Robert Scot Hoffman | **CASE NO. 09-42276 RJK** |
| Debtor. | **ORDER** |

This case is before the court on the motion of US Bank N.A. trustee of CFSB ABS Trust Series HEAT 2002-4 and Select Portfolio Servicing, Inc. as servicing agent, seeking relief from the stay imposed by 11 U.S.C. § 362. Based upon the files and records,

IT IS ORDERED: The movant, its assignees and successors in interest, are granted relief from the stay imposed by 11 U.S.C. § 362 with regard to the mortgage deed dated July 30, 2002, executed by Robert S Hoffman and Marie K Hoffman husband and wife and Troy A Miranowski and Lisa A Miranowski, husband and wife, recorded on September 6, 2002, as Document No. 3598393, covering real estate located in Hennepin County, Minnesota, legally described as

Lot 7 and the E 8 feet of Lot 24 Block 6 Thorpe Bors University Club Addition

and may pursue its remedies under state law in connection with the note and mortgage deed.

Notwithstanding Federal Rule of Bankruptcy Procedure 4001(a)(3), this order is effective immediately.

Dated: July 2, 2009

/e/ Robert J. Kressel
Robert J. Kressel
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *07/02/2009*
Lori Vosejpka, Clerk, by LMH